ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 16 2026

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>ARRIONA WASHINGTON | Criminal Information<br>No. 1:26-CR-305 |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Introduction**

1. The Federal Employees Compensation Act ("FECA"), Title 5, United States Code, Chapter 81, provides that designated federal employees who suffer work-related injuries are entitled to certain benefits. Employees of the United States Postal Service ("Postal Service") are covered by FECA.

2. The Office of Worker's Compensation Programs ("OWCP"), United States Department of Labor ("DOL"), administers benefits under FECA.

3. Employees of the Postal Service who are disabled due to occupational injury receive compensation benefits under FECA.

4. The DOL has sole authority to determine if a claimant is entitled to benefits provided by the FECA.

5. All payments under FECA to disabled Postal Service employees are financed by funds of the Postal Service.

6. The DOL requires periodic reports from disabled employees, known as a Form EN-1032, in order to determine whether disabled employees continue to be eligible to receive benefits under FECA.

7. Each EN-1032 form requires employees receiving FECA benefits to disclose, among other things, salaried, commissioned, and self-employment activities as well as volunteer activities.

8. A disabled employee's entitlement to benefits ends when the disability ends. If the disability has not ended, but the employee has recovered sufficiently to work part or full-time, including light duty work, the amount of the employee's benefits may be reduced.

**Count One – 18 U.S.C. § 1920**

*False Statement or Fraud to Obtain Federal Employees' Compensation*

9. The factual allegations set forth in Paragraphs 1-8 are incorporated herein by reference.

10. On or about January 19, 2026, in the Northern District of Georgia, the defendant, ARRIONA WASHINGTON, in connection with the application for and receipt of compensation, benefit, and payment under FECA, did knowingly and willfully falsify, conceal, and cover up a material fact, and make a materially false, fictitious, and fraudulent statement and representation, in that the defendant completed, signed, submitted and caused to be submitted a Form EN-1032 in which she failed to report any employment and earnings and payment of any kind from such employment, whereas, as the defendant then and there well knew, said statements and representations were false, fictitious, and fraudulent, causing the defendant to obtain compensation and benefits in excess of $1,000.

All in violation of Title 18, United States Code, Section 1920.

THEODORE S. HERTZBERG
*United States Attorney*

*Bernita B. Malloy*
BERNITA B. MALLOY
*Assistant United States Attorney*
Georgia Bar No. 718905

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181